FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    No.  24-cr-1113-MLG

COURTNEY SPARKS,

      Defendant.

**<u>ORDER</u>**

THIS MATTER IS BEFORE THE COURT on Defendant's *Unopposed Motion to Modify Conditions of Release to Allow Relocation,* filed July 20, 2026 .  The Court having considered the motion, noting it is unopposed, and being fully advised in the premises, finds that Defendant has by her motion created a sufficient record to justify granting the Motion to Modify Conditions of Release to Allow Relocation.

      **IT IS THEREFORE ORDERED** that Ms. Sparks's Conditions of Release are hereby modified to allow her to relocate and reside in Arizona.

      **IT IS FURTHER ORDERED** that Ms. Sparks shall remain on all other conditions of release.

_____
United States Magistrate Court Judge

Submitted by:

/s/ *Ryan J. Villa*____
RYAN J. VILLA
Counsel for Defendant

Approved by:

/s/ *Sarah Mease*
SARAH MEASE
Assistant United States Attorney

/s/ *Rachel Hobbs*
RACHEL HOBBS
United States Probation